David V. Balakian, SBN 166749
**BALAKIAN LAW OFFICES**
455 West Shaw Avenue
Fresno, CA 93704
Tel. (559) 495-1558
Fax. (559) 248-8491

Attorney for Defendant, **HUMBERTO ESQUIVEL LEON**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>  Plaintiff, )<br>)<br>  vs. )<br>)<br>HUMBERTO ESQUIVEL LEON, )<br>)<br>  Defendant. )<br>) | **CASE NO. CR-F 03-5322 OWW**<br><br>**EX PARTE APPLICATION FOR ORDER EXONERATING BOND; ORDER THEREON** |

Defendant, HUMBERTO ESQUIVEL LEON, by and through his attorney of record, David Balakian, hereby requests an order exonerating bond in this action.

A property bond was posted pending disposition of this case.

The following properties were pledged:

1. Rene & Corinna Esquivel, 1226 Maya Street, Parlier, CA 93648;

2. Humberto & Celia Esquivel, 649 King Street, Parlier, CA 93648;

3. Juan Navarro, 402 and 415 Fresno Street, Parlier, CA 93648.

//
//

On August 22, 2005, sentence was imposed, whereby Defendant was committed to the Bureau Of Prisons. The defendant was ordered to self surrender on September 30, 2005. Defendant did surrender himself to the Bureau Of Prisons and is presently in custody.

Accordingly, exoneration of bond is requested.

DATE: October 17, 2005.                    Respectfully submitted,

                                            /s/ DAVID BALAKIAN
David V. Balakian,
Attorney for Defendant,
HUMBERTO ESQUIVEL LEON

**ORDER**

It appearing that defendant has been remanded into custody in case number CR-F 03-5322 OWW, bail is hereby ordered exonerated.

Dated: October 19, 2005                    /s/ OLIVER W. WANGER

                                            OLIVER W. WANGER, Judge
United States District Court
Eastern District Of California