1  David V. Balakian, SBN 166749
   **BALAKIAN LAW OFFICES**
2  455 West Shaw Avenue
   Fresno, CA 93704
3  Tel. (559) 495-1558
   Fax. (559) 248-8491
4
   Attorney for Defendant, **HUMBERTO ESQUIVEL LEON**
5

6
                    **UNITED STATES DISTRICT COURT**
7
                    **EASTERN DISTRICT OF CALIFORNIA**
8

9  UNITED STATES OF AMERICA,    )    **CASE NO. CR-F 03-5322 OWW**
                                )
10                              )
            Plaintiff,          )    **EX PARTE APPLICATION FOR**
11                              )    **ORDER EXONERATING BOND;**
       vs.                      )    **ORDER THEREON**
12                              )
   HUMBERTO ESQUIVEL LEON,      )
13                              )
            Defendant.          )
14 _____)

15
       Defendant, HUMBERTO ESQUIVEL LEON, by and through his attorney
16
   of record, David Balakian, hereby requests an order exonerating
17
   bond in this action.
18
       Defense counsel incorrectly had a deed in the State of Texas
19
   recorded in anticipation of defendant's release. However, this
20
   property was never used. Presently, the Deed is in the name of the
21
   Clerk of The Eastern District of California.
22
       The following property was recorded:
23
       1. Benicio & Rafaela Esquivel, 7708 Wagon Trail Drive,
24
   Mission, Texas 78572.
25
       The property was recorded twice, once pledging $60,000.00
26
   equity, then a second time pledging $200,000.00 equity. The
27
   recorders numbers are 1256594 and 1271038.
28

On August 22, 2005, sentence was imposed, whereby Defendant was committed to the Bureau Of Prisons. The defendant was ordered to self surrender on September 30, 2005. Defendant did surrender himself to the Bureau Of Prisons and is presently in custody.

Respectfully, a reconveyance is requested.

DATE: February 14, 2006.        Respectfully submitted,

             /s/ DAVID BALAKIAN
             David V. Balakian,
             Attorney for Defendant,
             HUMBERTO ESQUIVEL LEON

**ORDER**

It appearing that defendant has been remanded into custody in case number CR-F 03-5322 OWW, bail is hereby ordered exonerated and the property reconveyed.

Dated: Feb. 15, 2006         /s/ OLIVER W. WANGER
             OLIVER W. WANGER, Judge
             United States District Court
             Eastern District Of California

2