PROB 35A

# ORDER TERMINATING TERM OF SUPERVISED RELEASE
# PRIOR TO EXPIRATION DATE - NOTICE OF DEATH

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> vs. ) <br> ) <br> **HUMBERTO LEON ESQUIVEL** ) <br> ) | **Docket Number:  1:03CR05322-01 OWW** |

On August 22, 2005, the above-named was ordered to 64 months custody of Bureau of Prisons and 60 months Supervised Release.

On February 2, 2011, this office was notified by the Fresno County Coroner's Office that the offender's death was confirmed on December 10, 2010, by David M. Hadden, M.D., Coroner (copy of the death certificate is on file).  It is accordingly recommended this case be closed.

Respectfully submitted,

/s/ Adrian Garcia

**ADRIAN GARCIA**
**United States Probation Officer**

Dated:   February 3, 2011
         Fresno, California
         ag/RV

**REVIEWED BY:**   /s? Hubert J. Alvarez
                 **HUBERT ALVAREZ**
                 **Supervising United States Probation Officer**

1

Rev. 05/2007
EARLY TERMINATION ~ ORDER (DEATH) (PROB35A).MRG

Re: **HUMBERTO LEON ESQUIVEL**
**Docket Number: 1:03CR05322-01 OWW**
**ORDER TERMINATING TERM OF SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

## ORDER OF COURT

It appearing that the offender, Humberto Leon Esquivel, is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

cc: AUSA - Mark J. McKeon
    FLU Unit - United States Attorney's Office
    Fiscal Clerk - Clerk's Office
    Restitution Accounts - Victims

IT IS SO ORDERED.

**Dated:   February 9, 2011**                   /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE